UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL A. BROWN, et al.,

        Plaintiffs,

-against-

NEW YORK STATE TROOPER E.E. REISER, et al.,

        Defendants.

**ORDER**

19-CV-11588 (PMH)

PHILIP M. HALPERN, United States District Judge:

The parties are hereby notified that jury selection and trial in this action are scheduled to begin on August 9, 2021 at 09:30 a.m. All parties and counsel shall appear on that date and time in the Jury Assembly Room at the courthouse located at 300 Quarropas Street, White Plains, New York 10601. A final pretrial conference is scheduled for 03:00 p.m. on August 2, 2021 in a courtroom to be determined.

The parties are directed to notify the Court immediately should they reach a settlement.

**SO ORDERED:**

Dated: White Plains, New York
       May 28, 2021

_____
PHILIP M. HALPERN
United States District Judge