> Application granted.
>
> The parties are directed to submit a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Form AO 85) to the Clerk of the Court with handwritten signatures by e-mail to orders_and_judgments@nysd.uscourts.gov by July 10, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 42.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> July 6, 2021

July [date]

Hon. Philip M. Halpern
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Brown v. Reiser, *et al.*,
19CV11588 (PMH)(PED)

Dear Judge Halpern:

I write jointly, on behalf of plaintiffs and defendants, to respectfully request that this matter be referred to Magistrate Davison for purposes of trial. Currently, this case is scheduled for trial on August 9, 2021. See Docket No. 40. In addition, the parties request that the July 19, 2021 deadline by which to file the remaining pre-trial documents and the August 2, 2021 pre-trial conference be adjourned to dates to be set by Magistrate Davison. Id.

In addition to preparing for trial, the parties have continued to pursue settlement. However, additional time is needed to do so. The parties believe that a referral to Magistrate Davison will allow greater flexibility in scheduling a later date for trial. This, in turn, will allow more time to pursue settlement.

For all the foregoing reasons, the parties jointly respectfully request that the Court refer this case to Magistrate Davison for purposes of trial. If the Court grants this application, the parties will e-mail a signed copy of the Court's Notice, Consent, and Reference of a Civil Action to a Magistrate Judge to the clerk's office.

Respectfully submitted,

/s/ Neil Shevlin
Neil Shevlin
Assistant Attorney General
Neil.Shevlin@ag.ny.gov

cc: Counsel for plaintiff (via ECF)