UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL A. BROWN and JOAN SERRECHIA
O/B/O the late RICHARD J. MILLER,

                                    Plaintiffs,               **NOTICE OF MOTION**

    -against-

                                                       19 Civ. 11588 (PMH)(PED)

NEW YORK STATE TROOPER E. E. REISER and
NEW YORK STATE TROOPER T. A. CHARKO,

                                    Defendants.
------------------------------------------------------------------X

        PLEASE TAKE NOTICE that upon the accompanying Declaration of Alex Smith, dated February 13, 2023, the accompanying Memorandum of Law, and all the prior proceedings and pleadings in this case, a motion will be made before the Hon. Paul E. Davison, at The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St. White Plains, NY 10601, for an Order granting judgment on certain claims as a matter of law pursuant to F.R.C.P. Rule 50(a), and for such other and further relief the Court may deem just and appropriate.

Dated: Middletown, New York
          February 13, 2023

                                             */s/ Alex Smith*
                                             Alex Smith, Esq. (AS 5052)
                                             6 North Street
                                             Middletown, New York 10940
                                             (845) 344-4322

                                             Kevin D. Bloom, Esq. (KB 5347)
                                             Bloom & Bloom, P.C.
                                             530 Blooming Grove Turnpike
                                             New Windsor, New York 12553
                                             (845) 561-6920
                                             *Attorneys for the Plaintiffs*

TO: Neil Shevlin, Assistant Attorney General