UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL A. BROWN and JOAN SERRECCHIA
O/B/O the late RICHARD J. MILLER,
                       Plaintiffs,

        -against-

NEW YORK STATE TROOPER E.E. REISER and
NEW YORK STATE TROOPER L.A. CHARKO,
                       Defendants.
-----------------------------------------------------------------X

19 **CIVIL** 11588 (PED)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Paul E. Davison, United States Magistrate Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

DATED: New York, New York
             March  23 , 2023

So Ordered:

_____
U.S.D.J.

MAG. JUDGE DAVISON

RUBY J. KRAJICK
_____
**Clerk of Court**

BY: K. Mango
_____
**Deputy Clerk**